FILED by \_\_JA\_\_ D.C.

Jan 26, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-20063-CR-COOKE/O'SULLIVAN**

CASE NO._____

18 U.S.C. § 2113(a)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

AARON PATRICK HONAKER,

      **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### Count 1
### Attempted Bank Robbery
### (18 U.S.C. § 2113(a))

On or about September 30, 2020, in Miami-Dade County, in the Southern District of Florida, the Defendant,

**AARON PATRICK HONAKER,**

did knowingly attempt to take, by intimidation, from the person and presence of an employee of Citibank located at 396 Alhambra Circle, Coral Gables, Florida, United States currency, belonging to, and in the care, custody, control, management, and possession of Citibank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

### Count 2
### Bank Robbery
### (18 U.S.C. § 2113(a))

On or about October 3, 2020, in Miami-Dade County, in the Southern District of Florida, the Defendant,

**AARON PATRICK HONAKER,**

did knowingly take, by intimidation, from the person and presence of an employee of Chase Bank located at 20880 Biscayne Boulevard, Aventura, Florida, approximately one thousand and fifty dollars ($1,050.00) in United States currency, belonging to, and in the care, custody, control, management, and possession of Chase Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a).

### Count 3
### Attempted Bank Robbery
### (18 U.S.C. § 2113(a))

On or about October 5, 2020, in Miami-Dade County, in the Southern District of Florida, the Defendant,

**AARON PATRICK HONAKER,**

did knowingly attempt to take, by intimidation, from the person and presence of an employee of Wells Fargo Bank located at 2555 Ponce De Leon Boulevard, Coral Gables, Florida, United States currency, belonging to, and in the care, custody, control, management, and possession of Wells Fargo Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

**Count 4**
**Bank Robbery**
**(18 U.S.C. § 2113(a))**

On or about October 10, 2020, in Miami-Dade County, in the Southern District of Florida, the Defendant,

**AARON PATRICK HONAKER,**

did knowingly take, by intimidation, from the person and presence of an employee of Chase Bank located at 355 Alhambra Circle, Coral Gables, Florida, approximately eight-hundred dollars ($800.00) in United States currency, belonging to, and in the care, custody, control, management, and possession of Chase Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Sections 2113(a).

**Count 5**
**Attempted Bank Robbery**
**(18 U.S.C. § 2113(a))**

On or about October 15, 2020, in Miami-Dade County, in the Southern District of Florida, the Defendant,

**AARON PATRICK HONAKER,**

did knowingly attempt to take, by intimidation, from the person and presence of an employee of HSBC Bank located at 2222 Ponce De Leon Boulevard, Coral Gables, Florida, United States currency, belonging to, and in the care, custody, control, management, and possession of HSBC Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

**FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America

of certain property in which the Defendant, **AARON PATRICK HONAKER**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2113(a), as alleged in this Indictment, the Defendant shall forfeit to the United States of America all of his right, title and interest in any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth at Title 21, United States Code, Section 853, both of which are made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
LAUREN A. ASTIGARRAGA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

AARON PATRICK HONAKER,

_____Defendant_____ /

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
- ✓ Miami
- __ Key West
- __ FTL
- __ WPB
- __ FTP

New defendant(s)        Yes ____   No ____
Number of new defendants ____
Total number of counts   ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect  _____

4. This case will take  6-10  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   | | | |
   |---|---|---|
   | I | 0 to 5 days | ____ |
   | II | 6 to 10 days | ✓ |
   | III | 11 to 20 days | ____ |
   | IV | 21 to 60 days | ____ |
   | V | 61 days and over | ____ |

   (Check only one)
   | | | |
   |---|---|---|
   | Petty | ____ |
   | Minor | ____ |
   | Misdem. | ____ |
   | Felony | ✓ |

6. Has this case previously been filed in this District Court?   (Yes or No)  No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)  Yes
   If yes: Magistrate Case No.  20-MJ-03861-AOR
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of  October 20, 2020
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No ✓

_____
Lauren Astigarraga
Assistant United States Attorney
Florida Bar No. 119473

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** AARON PATRICK HONAKER

**Case No:** 20-mj-03861-AOR

Counts #: 1-5

Attempted Bank Robbery and Bank Robbery

Title 18, United States Code, Section 2113(a)

**\*Max. Penalty:** Twenty (20) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**